AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

APR 28 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
### for the
Central District of Illinois

Christen D. Schulte
*Petitioner*

v.

Warden Bennett
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 4:21 CR 618 MTS
*(Supplied by Clerk of Court)*

23-1173

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Christen Diane Schulte
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Federal Prison Camp Pekin
   (b) Address: PO Box 5000, Pekin, IL 61555
   (c) Your identification number: 50160-044
3. Are you currently being held on orders by:
   ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Eastern District of Missouri, St. Louis, Missouri
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☐ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Eastern District of Missouri St. Louis, Missouri
   (b) Docket number, case number, or opinion number: 4:21 CR 618 MTS
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Time credit for county jail days served while on writ.

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes      ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: **I was told this was a matter only the court could rule on, and to file a 2241 for time credits. Administrative Remedies attempted.**

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes     ☒ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes     ☐ No

        If "Yes," provide:
        (1) Name of court:
        (2) Case number:
        (3) Date of filing:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

        ☐ Yes     ☒ No

        If "Yes," provide:
        (1) Name of court:
        (2) Case number:
        (3) Date of filing:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 (c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☑ No
If "Yes," provide:
 (a) Date you were taken into immigration custody:
 (b) Date of the removal or reinstatement order:
 (c) Did you file an appeal with the Board of Immigration Appeals?
  ☐ Yes  ☐ No
  If "Yes," provide:
  (1) Date of filing:
  (2) Case number:
  (3) Result:
  (4) Date of result:
  (5) Issues raised:

 (d) Did you appeal the decision to the United States Court of Appeals?
  ☐ Yes  ☑ No
  If "Yes," provide:
  (1) Name of court:
  (2) Date of filing:
  (3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ❏ Yes    ☑ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** From March 25, 2022 to January 10, 2023 I was in custody at St. Genevieve Co. Jail in the Eastern District of Missouri completing court proceedings for the case in question.

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Dates served while awaiting sentencing should be credited towards the imposed sentence.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND TWO:** Prevention of treatment due to lack of county jail days credit.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Judge Schelp ordered drug treatment on the aforementioned case. The lack of days credited is preventing me from entering as scheduled with my previous case. The credits would allow me to enter drug treatment as scheduled by my unit team within the BOP.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND THREE:** Time credit would enable me to earn FSA credits for the months of march 2022 thru January 2023.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
While incarcerated in the Eastern District of missouri I continued to participate in college correspondence courses, at my own financial expense. By recieving time credits for these days the BOP will grant me FSA credits for programming during my writ. This would allow me to enter drug treatment as well as earn additional home confinement days.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes   ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

    (a) Supporting facts *(Be brief. Do not cite cases or law.)*:

    (b) Did you present Ground Four in all appeals that were available to you?
    ❏ Yes      ❏ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Credit towards case #4:21CR618MTS 24 month sentence for 3-25-22 thru 1-10-23 291 days total.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _April, 2023_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4-14-2023

_Christin Schulte_
Signature of Petitioner

_Signature of Attorney or other authorized person, if any_

⇔50160-044⇔
Christen Schulte
5000 PO Box
Federal Prison Camp
Pekin, IL 61555
United States



⇔50160-044⇔
Central Il Us Dist Court
100 NE Monroe ST
Peoria, IL 61602
United States