Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **CHRISTEN D. SCHULTE** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case Number: 23-cv-1173 |
| | ) |
| **K. BENNETT, Warden, FCI Pekin,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is dismissed without prejudice for failure to exhaust administrative remedies.

**Dated: September 29, 2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

   /s/CRL